# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD PENRO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00042-JAD-GWF-1<br><br>**ORDER**<br><br>ECF No. 21 |

　　Based on the parties' stipulation and good cause appearing. IT IS ORDERED that the revocation hearing currently scheduled for Thursday, July 21, 2022 at 10:30 a.m., be vacated and continued to August 2, 2022, at 11:00 a.m.

　　DATED this 14th day of July, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE