UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGINALD PENRO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00042-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 39 |

　　Based on the parties' stipulation, IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 16, 2023 at 11:00 a.m., be vacated and continued to April 18, 2023, at 11:00 a.m.

　　DATED this 13th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE