UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REGINALD PENRO,<br><br>    Defendant. | Case No. 2:19-cr-00042-JAD-GWF<br><br>**ORDER**<br><br><br>**ECF No. 46** |

    Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, June 5, 2023 at 10:00 a.m., be vacated and continued to August 28, 2023, at 10:00 a.m.

    DATED this 1st day of June, 2023.

                                                       _____
                                                    UNITED STATES DISTRICT JUDGE