# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>REGINALD PENRO,<br><br>　　　　　　　Defendant. | Case No. 2:19-cr-00042-JAD-GWF<br><br>**ORDER**<br><br>ECF No. 49 |

## ORDER

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Revocation Hearing currently scheduled on September 5, 2023, at 11:00 a.m., is vacated and continued to September 20, 2023, at 10:00 a.m.

DATED this 31st day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE